UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND PORFIRI,<br>5523 Grinnell Street<br>Fairfax, VA 22032<br>(703) 801-4716<br><br>  Plaintiff,<br><br>v.<br><br>RAFAEL MOURE-ERASO,<br> Chairman of the Chemical Safety<br> and Hazard Investigation Board,<br><br>  Defendant. | Civil Action No. 14-cv-01649-JEB |

## NOTICE OF PRO SE APPEARANCE

I, Raymond C. Porfiri, a Plaintiff in the above captioned matter, hereby enter my appearance as a pro se party. I am a member in good standing of the bar in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit. I intend to apply to the bar of this Court as soon as feasible, if possible, the same date of this filing

As an attorney for the United States, I am familiar with and understand the Federal Rules of Civil Procedure and the have also reviewed the Local Rules of

1



RECEIVED
OCT 16 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

this Court.

I understand that I am responsible for notifying the court of any changes in my address. I also intend to apply for access to the Court's electronic filing system. I understand that as a pro se party, I must file with the Clerk and serve documents in paper form and must be served with documents in paper form, unless and until I obtain a CM/ECF password. I also understand that Pro se parties who have not obtained CM/ECF passwords must serve and be served as otherwise provided in Fed. R. Civ. P. 5(b).

Until such time as I have access to the CM/ECF system, all court papers may be mailed to me by first class mail at the address shown below.

October 16, 2015

Raymond C. Porfiri
5223 Grinnell St.
Fairfax, VA 22032
1-703-801-4716

## Certificate of Service

I hereby certify that a copy of this Notice of Appearance was mailed first class, postage paid, this 16th day of October 2016 to Counsel for Defendant:

CARL EZEKIEL ROSS, D.C. Bar #492441
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2533
Fax: (202) 252-2505


_____
Raymond C. Porfiri, Pro Se
5223 Grinnell Street
Fairfax, VA 22032